UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.     Case No. 2:16-cr-7-FtM-99CM

JAMES THOMAS BISSELL
_____

### PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for the following firearms:

  a. Spike's Tactical LLC rifle, Model: Hellbreaker, Unknown caliber, Serial Number: 000707;

  b. Izhmash (Imez) SAIGA-12 shotgun, Serial Number: H11403990;

  c. Century Arms International R1A1 Sporter rifle, 308 caliber, Serial Number: CA01624;

  d. Romarm/Cugir WASR-10 rifle, 762 caliber, Serial Number: 1-47064-03;

  e. Bushmaster Firearms XM15-E2S rifle, 223 caliber, Serial Number: L511903;

  f. Sig-Sauer SIG 556 rifle, 556 caliber, Serial Number: JS039794;

  g. FN (FN Herstal) Scar 16S rifle, 556 caliber, Serial Number: LC15144;

  h. Thompson/Center Arms Co Encore pistol, 30-06 caliber, Serial Number: S141321;

  i. CMMG Inc MK-4 rifle, multi caliber, Serial Number:

|   |   |   |
|---|---|---|
|   |   | SCG000309; |
|   | j. | Izhmash (Imez) SAIGA-12 shotgun, Serial Number: H10401466; |
|   | k. | Kriss USA Inc (Transformational Defense Ind) Kriss Super V CRB/SO rifle, .45 caliber, Serial Number: 45C01567; |
|   | l. | Cross Machine Tool Co Inc UHP-10 rifle, 308 caliber, Serial Number: 00162; |
|   | m. | Romarm/Cugir WASR-10 rifle, 762 caliber, Serial Number: 19502311RO; |
|   | n. | AR15.COM AR Five Seven rifle, 5.7x28mm caliber, Serial Number: 02681; |
|   | o. | Izhmash (IMEZ) SAIGA-12 shotgun, Serial Number: H12410089; |
|   | p. | Romarm/Cugir GP WASR 10/63UF rifle, 762 caliber, Serial Number: 1968BF2337; |
|   | q. | Glock GMBH 35 pistol, .40 caliber, Serial Number: NXA933; and |
|   | r. | Glock Inc 42 pistol, .380, .40 caliber, Serial Number: AAUF390. |

Being fully advised in the relevant facts, the Court finds as follows:

The defendant has been found guilty of Counts One and Four, distribute and distribute controlled substances, and Count Five, unlawfully possessed a firearm after being convicted of a felony offense, as charged in Indictment.

The United States has established the requisite nexus between the defendant's crime of conviction and the property identified above. The government is now entitled to possession of the firearm and ammunition, pursuant

to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**. Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm identified above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property.

**ORDERED** in Fort Myers, Florida, on August 30, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties\Counsel of Record