UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 2:16-cr-7-FtM-99CM

JAMES THOMAS BISSELL

_____

**<u>FINAL JUDGMENT OF FORFEITURE</u>**

THIS CAUSE comes before the Court upon the United States' Motion for a

Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2)

of the Federal Rules of Criminal Procedure, for a Final Judgment of Forfeiture for

the following firearms and ammunition:

> a.    Spike's Tactical LLC rifle, Model: Hellbreaker, Unknown caliber, Serial Number: 000707;
>
> b.    Izhmash (Imez) SAIGA-12 shotgun, Serial Number: H11403990;
>
> c.    Century Arms International R1A1 Sporter rifle, 308 caliber, Serial Number: CA01624;
>
> d.    Romarm/Cugir WASR-10 rifle, 762 caliber, Serial Number: 1-47064-03;
>
> e.    Bushmaster Firearms XM15-E2S rifle, 223 caliber, Serial Number: L511903;
>
> f.    Sig-Sauer SIG 556 rifle, 556 caliber, Serial Number: JS039794;
>
> g.    FN (FN Herstal) Scar 16S rifle, 556 caliber, Serial Number: LC15144;
>
> h.    Thompson/Center Arms Co Encore pistol, 30-06 caliber, Serial Number: S141321;

i. CMMG Inc MK-4 rifle, multi caliber, Serial Number: SCG000309;

j. Izhmash (Imez) SAIGA-12 shotgun, Serial Number: H10401466;

k. Kriss USA Inc (Transformational Defense Ind) Kriss Super V CRB/SO rifle, .45 caliber, Serial Number: 45C01567;

l. Cross Machine Tool Co Inc UHP-10 rifle, 308 caliber, Serial Number: 00162;

m. Romarm/Cugir WASR-10 rifle, 762 caliber, Serial Number: 19502311RO;

n. AR15.COM AR Five Seven rifle, 5.7x28mm caliber, Serial Number: 02681;

o. Izhmash (IMEZ) SAIGA-12 shotgun, Serial Number: H12410089;

p. Romarm/Cugir GP WASR 10/63UF rifle, 762 caliber, Serial Number: 1968BF2337;

q. Glock GMBH 35 pistol, .40 caliber, Serial Number: NXA933; and

r. Glock Inc 42 pistol, .380, .40 caliber, Serial Number: AAUF390.

On August 30, 2016, the Court entered a Preliminary Order of Forfeiture for the firearms and ammunition described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Doc. 49.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from September 1, 2016 through September 30, 2016.  Doc.

51.   The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearms and ammunition identified above is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this 14th day of February, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record

3