UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 2:16-CR-07-SPC-NPM

JAMES THOMAS BISSELL

_____

## **ORDER**

Before the Court is pro se Defendant James Thomas Bissell's Motion for Permission to Apply for U.S. Passport.  (Doc. 68).  Defendant wishes to apply for a United States passport so that he may attend a medical consultation with his girlfriend in Costa Rica.  The government opposes the motion.  (Doc. 70). For the following reasons, the Court denies the motion.

The Court sentenced Defendant to 151 months' imprisonment, followed by three years of supervised release, for possession with intent to distribute and distribution of controlled substance, in violation of 21 U.S.C. § 841, and for possession of firearms and ammunition by a convicted felon, in violation of 18 U.S.C. 922(g)(1).  (Doc. 65).  Defendant commenced his term of supervision on October 17, 2025; his supervision is set to expire on October 16, 2028. (Doc. 70 at 2).

The government and United States Probation Officer Garner conferred on the motion.  (*Id.* at 3).  Officer Garner explains that Defendant wants a

passport to travel to Costa Rica with his girlfriend to attend medical consultations related to future fertility procedures. The couple is not legally married, nor do they live together. She lives in Plantation, Florida, and Defendant lives in North Fort Myers. Defendant has family in Costa Rica. Officer Garner defers the decision to the Court. The government opposes the motion.

The Court has discretion to grant the request of the defendant to apply for a passport. *United States v. Valdoquin,* 586 Fed. App'x 513, 516–17 (11th Cir. 2014). Upon due consideration, the Court exercises its discretion and denies the motion. Defendant pled guilty to serious drug and gun charges and has only been on supervised release for approximately five months. He provides no detail about the timeframe and duration of his travel, though he provides the physician's name and information and contact information for relatives he could stay with in Costa Rica. The Court agrees with the government that this is too short a timeframe to assess his stability and reintegration as a law-abiding member of society. (Doc. 70 at 5).

Other reasons support the Court's decision. Although Defendant is compliant with conditions of supervision, submitted negative drug screens, and participates in weekly Moral Recognition Therapy, he is assessed as a Moderate/2 PCRA supervision level, with identified needs in the areas of Cognitions, Social Networks, and Alcohol/Drugs. Officer Garner states that he

does not present with elevated thinking styles.  And in any event, Defendant can participate in the medical consultation via videoconference.  So the purpose of the consultation may be accomplished without Defendant obtaining a passport and traveling internationally with little to no supervision.

Accordingly, it is

**ORDERED**:

Defendant James Thomas Bissell's Motion for Permission to Apply for U.S. Passport (Doc. 68) is **DENIED**.

**DONE and ORDERED** in Fort Myers, Florida on April 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All parties of record